HARDING, Respondent, vs. JESSE, Appellant.

*February 8—May 11, 1926.*

This case is ruled by *Harding v. Jesse, ante,* p. 652.

APPEAL from a judgment of the circuit court for Marathon county: A. H. REID, Circuit Judge. *Reversed.*

For the appellant there were briefs by *Minahan, Minahan & Duquaine* of Green Bay, and oral argument by *E. M. Duquaine.*

For the respondent there was a brief by *Brown, Pradt & Genrich* of Wausau, and oral argument by *L. A. Pradt, Jr.*

The following opinion was filed March 9, 1926:

DOERFLER, J. This case is ruled by the opinion in the case of *Harding v. Jesse, ante,* p. 652, 207 N. W. 706.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions to dismiss plaintiff's complaint.

A motion for a rehearing was denied, with $25 costs, on May 11, 1926.